# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME LANGSTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SCOTT KERNAN et al.,<br><br>　　　　Respondents. | Case No. CV 16-6044-MWF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On May 1, 2017, Petitioner filed objections to the R. & R., in which he repeats arguments from his opposition to Respondents' motion to dismiss and discusses the merits of his claims rather than challenge the Magistrate Judge's conclusion that they are time barred, not cognizable on federal habeas review, or both.

Having made a de novo determination of those portions of the R. & R. to which Petitioner has filed objections, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Petitioner's requests for an evidentiary hearing, a discovery hearing, appointment of counsel, and attorney's fees are DENIED; Respondents' motion to dismiss is

GRANTED; the Petition is DISMISSED as time barred and, as to ground two, not cognizable on federal habeas review; and Judgment be entered dismissing this action with prejudice.

DATED: May 30, 2017

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE