**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEROME LANGSTON, | ) Case No. CV 16-6044-MWF (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| SCOTT KERNAN et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 30, 2017

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE